UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY S. FAWCETT, <br><br> Plaintiff(s), <br> v. <br><br> THE STANDARD FIRE INSURANCE COMPANY, <br><br> Defendant(s). | CASE NO. C23-0248-KKE <br><br> ORDER DENYING STIPULATED MOTION TO EXTEND DEADLINES |

This matter comes before the Court on the parties' stipulated motion to extend case deadlines. Dkt. No. 19. The parties proposed extending certain case deadlines, including the dispositive motions deadline, without extending the trial date. *Id*.

The Court requires approximately 120 days between the dispositive motions deadline and the trial date. The parties' proposed schedule results in approximately half that time between the dispositive motions deadline and the trial date. Dkt. Nos. 13, 19. The Court therefore DENIES the parties' stipulated motion (Dkt. No. 19), subject to re-filing in accordance with the Court's requirement as stated above.

Dated this 1st day of December, 2023.

Kymberly K. Evanson
United States District Judge