HONORABLE JUDGE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASHLEY FAWCETT,

    Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS INSURANCE,

    Defendant.

No. 2:23-cv-00248

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE

This matter comes before the Court on the parties' stipulated motion to continue the trial date and request a cross-motions briefing schedule. Dkt. No. 22. The Court GRANTS IN PART the stipulated motion to continue the trial date (Dkt. No. 22), VACATES the prior case schedule (Dkt. No. 13), and sets the following case schedule:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 09:30 am on | **11/18/2024** |
| Length of trial | 7-10 days |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 04/22/2024 |
| All motions related to discovery must be filed by | 05/22/2024 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE – 1

| | |
|---|---|
| Discovery must be completed by | 06/21/2024 |
| All motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)). | 07/22/2024 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 09/19/2024 |
| All motions in limine must be filed by | 10/15/2024 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 10/28/2024 |
| Trial briefs, proposed voir dire questions, and deposition designations due | 11/04/2024 |
| Pretrial conference scheduled at 10:00 am on | 11/08/2024 |

The Court defers ruling on the parties' request for a cross-motion briefing schedule. The parties are ORDERED to meet and confer and propose a briefing schedule for the Court's consideration. The cross-motions shall be noted for no later than August 16, 2024.

Dated this 5th day of January, 2024.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE – 2