UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY S. FAWCETT, | CASE NO. C23-0248-KKE |
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| THE STANDARD FIRE INSURANCE COMPANY, | |
| Defendant(s). | |

The parties have notified the Court that they have settled this case. Dkt. No. 52. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party.

The trial date and pretrial dates previously set (Dkt. No. 23) are hereby VACATED and the pending motions in limine (Dkt. No. 49, 50) are hereby TERMINATED.

In the event that the settlement is not perfected, any party may move to reopen the case within 90 days of this order. *See* Dkt. No. 52

Dated this 29th day of October, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1