HONORABLE JUDGE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY FAWCETT,<br><br>      Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS INSURANCE,<br><br>      Defendant. | No. 2:23-cv-00248-KKE<br><br>STIPULATION AND ORDER OF DISMISSAL |

### I. STIPULATION

Plaintiff Ashley Fawcett and Defendant The Standard Fire Insurance Company hereby stipulate and agree that this case and Plaintiff's claims against Defendant shall be dismissed with prejudice and without fees or costs or further recovery pursuant to Civil Rule 41(a)(l)(A).

DATED this 21st day of November 2024.

| | |
|---|---|
| LETHER LAW GROUP<br><br>*/s/ Ryan Bisel*<br>Thomas Lether, WSBA #18089<br>Kevin J. Kay, WSBA #34546<br>Ryan Bisel, WSBA #58634<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>tlether@letherlaw.com<br>kkay@letherlaw.com<br>rbisel@letherlaw.com<br>*Attorneys for Defendant* | RUSH, HANNULA, HARKINS & KYLER, PLLC<br><br>*/s/ Benjamin T. Zielinski*<br>Vernon W. Harkins, WSBA #6689<br>Benjamin T. Zielinski, WSBA #43670<br>4701 South 19th Street, Suite 300<br>Tacoma, WA 98405<br>(253)-383-5388<br>vharkins@rhhk.com<br>bzielinski@rhhk.com<br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER OF
DISMISSAL – 1
(2:23-cv-00248-KKE)

## II. ORDER OF DISMISSAL

The parties' stipulated motion for dismissal (Dkt. No. 54) is GRANTED. It is hereby ORDERED that the above-entitled matter is dismissed with prejudice and without costs to any party.

Dated this 22nd day of November, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge